# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-07993-AB (JPRx) | Date: | October 26, 2018 |

| | |
|---|---|
| Title: | Anastacia Ramirez v. Little Caesars Enterprises Inc. |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Suzanne E Rand-Lewis | Marcia C Rodriguez |

**Proceedings:** 1) DEFENDANT'S MOTION TO QUASH FOR INSUFFICIENT SERVICE OF SUMMONS ON INDIVIDUAL DEFENDANT AMANDA KIRKPATRICK [16];

2) DEFENDANT'S MOTION TO QUASH FOR INSUFFICIENT SERVICE OF SUMMONS ON INDIVIDUAL DEFENDANT RUBY RODRIGUEZ [17];

3) DEFENDANT LITTLE CAESAR ENTERPRISES, INC.'S MOTION TO DISMISS INDIVIDUAL DEFENDANTS RUBY RODRIGUEZ AND AMANDA KIRKPATRICK [18];

4) PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT; REQUEST FOR REIMBURSEMENT OF COSTS AND FEES IN THE AMOUNT OF $20,250.00 [34]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.