JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACIA RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>LITTLE CAESARS ENTERPRISES INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-07993-AB (JPRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered Plaintiff Anastacia Ramirez and Defendant Little Caesar Enterprises, Inc.'s joint stipulation to dismiss this entire action with prejudice, and good cause appearing, the Court hereby approves the stipulation and **DISMISSES** this action **WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.